UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :    INDICTMENT

    - v. -                             :
                                        :    07 Cr.
WILLIAM PUGH,                       :
                                        :    **07CRIM. 429**
                Defendant.        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

JUDGE JONES

MAY 14 2007

### Count One

The Grand Jury charges:

From at least in or about February 2000, up to and including in or about May 2006, in the Southern District of New York and elsewhere, WILLIAM PUGH, the defendant, unlawfully, willfully, and knowingly, did embezzle, steal, purloin, and convert to his use and the use of another, and without authority, did sell, convey and dispose of money and things of value of the United States and a department and agency thereof, with an aggregate value exceeding $1,000, and did receive, conceal, and retain the same with intent to convert it to his own use and gain, knowing it to have been embezzled, stolen, purloined and converted, to wit, PUGH fraudulently obtained at least approximately $102,000 in Social Security Benefits to which he was not entitled.

(Title 18, United States Code, Section 641.)

_____          _____
FOREPERSON                          MICHAEL J. GARCIA
                                    United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA

- v. -

WILLIAM PUGH

Defendant.

---

**INDICTMENT**

07 Cr.

(18 U.S.C. § 641)

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

*[signature]*

Foreperson.

---

5-14-07   Filed Indictment. Case assigned to J, Jones

Pitman
U.S.M.J.