

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 29, 2007

**BY FACSIMILE**

The Honorable Barbara S. Jones
United States District Judge
Southern District of New York
500 Pearl Street, Room 620
New York, New York 10007

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 5/31/07 dc

    Re: **United States v. William Pugh**,
        07 Cr. 429 (BSJ)

Dear Judge Jones:

    This matter was assigned to Your Honor on Monday, May 14, 2007. An intial pre-trial conference was initially scheduled for May 18, 2007. As a result of a subsequent family obligation, defendant's counsel asked that this initial conference be put off, and that conference was rescheduled for Wednesday, May 30, 2007. Today, at the request of Your Honor, the initial conference was rescheduled for Thursday, June 7, 2007, at 9 a.m.

    The Government respectfully requests that the Court exclude time from today until June 7, 2007, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the defendant time to review discovery (which was produced on May 15, 2007), and have any appropriate discussions regarding a possible disposition of this case. Peter Tsapatsaris, Esq., counsel for the defendant, consents to this request for the exclusion of time.

*[Handwritten: Application granted. In the interest of justice for the reason stated above. Speedy trial time is excluded from May 30, 2007 to June 7, 2007 pursuant to 18 U.S.C. § 3161(h)(8)(A).]*

**SO ORDERED** *[signature]*
Dated: BARBARA S. JONES
             U.S.D.J.
cc: Peter Tsapatsaris, Esq.
*5/30/07*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *[signature]*
Benjamin A. Naftalis
Assistant United States Attorney
(212) 637-2456